Craig BURKHALTER *v.* STATE of Arkansas

CR 96-278                                    943 S.W.2d 604

Supreme Court of Arkansas
Opinion delivered May 12, 1997

*Petitioner, pro se.*

No response.

PER CURIAM. Craig Burkhalter was convicted of murder and is now serving a life imprisonment sentence in the Department of Correction. He filed a notice of appeal and has filed a petition, accompanied by an affidavit of indigency, to be allowed to appeal as an indigent appellant and for appointment of an attorney to represent him.

The petition is granted. John I. Purtle is appointed to represent Mr. Burkhalter on appeal.